Argued and submitted May 25, affirmed as modified August 1, reconsideration denied August 31, petition for review denied September 18, 1984 (297 Or 824)

STATE OF OREGON,
*Respondent,*

*v.*

CALVIN HOWARD CHARLES,
*Appellant.*

(83-1407-C; CA A28866)

687 P2d 1086

Ernest E. Estes, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Christine Chute, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged with two counts of aggravated murder involving a double homicide at Klamath Falls and was convicted of both. The trial court merged the convictions and sentenced defendant to life imprisonment with a mandatory 30-year minimum sentence; in addition, the trial court imposed a five-year minimum sentence pursuant to ORS 161.610 because of defendant's use of a firearm, which sentence was ordered to be consecutive to the mandatory 30-year minimum sentence.

On appeal, we modify the sentence to provide that the minimum five-year term run concurrently with the mandatory 30-year minimum sentence. *State v. Walker,* 68 Or App 561, 683 P2d 1006 (1984). We have reviewed defendant's four other assignments and find no error.

Sentence modified to provide that the five-year minimum sentence run concurrently with the 30-year minimum sentence; judgment affirmed in all other respects.